**No. 10-5982. Angel Wilfredo Ponciano, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 364, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7560.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 369.

**No. 10-5987. Leothis West, Petitioner v. Anna E. Cabral.**

562 U.S. 943, 131 S. Ct. 364, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7179.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 373 Fed. Appx. 79.

**No. 10-5990. Eddie Cosey, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 364, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7173.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 943.

**No. 10-5992. Curtis Leroy Robertson, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 364, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7243.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 378 Fed. Appx. 789.

**No. 10-5995. Terrance Hofus, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 364, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7247.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 1171.

**No. 10-6000. Allan DiMarco, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7436.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6002. Dewayne A. Crompton, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7430.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6003. Karriece Quontrel Davis, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7339,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 974.